STATE v. GILES

No. 197 PC.

Case below: 34 N.C. App. 112.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 17 August 1981.

STATE v. GORE & GAUSE

No. 215 PC.

Case below: 52 N.C. App. 165.

Petition by defendant Gause for discretionary review under G.S. 7A-31 denied 17 August 1981.

STATE v. GOSNELL

No. 277 PC.

Case below: 52 N.C. App. 586.

Petition by defendant for discretionary review under G.S. 7A-31 denied 17 August 1981.

STATE v. HAMLIN

No. 94 PC.

Case below: 46 N.C. App. 607.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 17 August 1981.

STATE v. ISOM

No. 250 PC.

Case below: 52 N.C. App. 331.

Petition by defendant for discretionary review under G.S. 7A-31 denied 17 August 1981.